UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: 25-5738

Case Title: Rachel Welty and Aftyn Behn  vs. Bryant C. Dunaway, et al.

List all clients you represent in this appeal:

Thomas More Society

☑ Appellant         ☐ Petitioner         ☑ Amicus Curiae         ☐ Criminal Justice Act
☐ Appellee          ☐ Respondent         ☐ Intervenor                   (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Jonathan F. Mitchell            Signature: s/ Jonathan F. Mitchell

Firm Name: Mitchell Law PLLC

Business Address: 111 Congress Avenue, Suite 400

City/State/Zip: Austin, Texas 78701

Telephone Number (Area Code): (512) 686-3940

Email Address: jonathan@mitchell.law

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |