Case No. 25-5738/25-5739

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

RACHEL WELTY; AFTYN BEHN

    Plaintiffs - Appellees Cross-Appellants

v.

BRYANT C. DUNAWAY; JASON LAWSON; JENNINGS HUTSON JONES; ROBERT J. CARTER; RAY WHITLEY; ROBERT J. NASH; GLENN R. FUNK; STACEY EDMONSON; BRENT COOPER; RAY CROUCH; HANS SCHWENDIMANN

    Defendants - Appellants Cross-Appellees

Upon consideration of the motion of Matthew Daniel Cloutier to withdraw as counsel for the defendants-appellants cross-appellees,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Kelly L. Stephens, Clerk

Issued: March 04, 2026