**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|                           | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 |                                       |
|---------------------------|--------------------------------------------------------------------------------------------------|---------------------------------------|
| Kelly L. Stephens<br>Clerk |                                                                                                  | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 08, 2026

Mr. William Powell
600 New Jersey Avenue, N.W.
Washington, DC 20001

   Re:  Case No. 25-5738/25-5739
        *Rachel Welty, et al v. Bryant Dunaway, et al*
        Originating Case No. 3:24-cv-00768

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **May 6, 2026**.

                                    Sincerely yours,

                                    s/Kelly Stephens

                                    Appeal Case Manager: Roy
                                    Direct Dial No. 513-564-7016

cc: Mr. Bryce W. Ashby
    Mr. Andrew Beck
    Mr. Aaron Lev Bernard
    Mr. Brennan Tyler Brooks
    Mr. Caleb Childers
    Ms. Madeline Clark
    Ms. Elizabeth Cruikshank
    Ms. Courtney M. Dankworth
    Ms. Emma Eisendrath
    Mr. Steven James Griffin
    Mr. Daniel Alexander Horwitz
    Ms. Sarah A. Hunger
    Mr. Matthew Franklin Kuhn
    Mr. Jonathan F. Mitchell

Ms. Mary Ann Parker
Mr. James Matthew Rice
Ms. Emily Sauer
Ms. Kylee Sunderlin
Mr. David C. Ware
Ms. Charline Yim