Case No. 25-5738/25-5739

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

RACHEL WELTY; AFTYN BEHN

     Plaintiffs - Appellees Cross-Appellants

v.

BRYANT C. DUNAWAY; JASON LAWSON; JENNINGS HUTSON JONES; ROBERT J. CARTER; RAY WHITLEY; ROBERT J. NASH; GLENN R. FUNK; STACEY EDMONSON; BRENT COOPER; RAY CROUCH; HANS SCHWENDIMANN

     Defendants - Appellants Cross-Appellees

   Upon consideration of the Amicus motions filed by #25, #43, #49, and #53, seeking

permission to file and amicus brief for their respective parties,

   It is **ORDERED** that the motion be and they hereby are **GRANTED**. The briefs are accepted

as filed.

                         **ENTERED BY ORDER OF THE COURT**
                         Kelly L. Stephens, Clerk

Issued: May 06, 2026