Case No. 25-5738/25-5739

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER


RACHEL WELTY; AFTYN BEHN

    Plaintiffs - Appellees Cross-Appellants

v.

BRYANT C. DUNAWAY; JASON LAWSON; JENNINGS HUTSON JONES; ROBERT J. CARTER; RAY WHITLEY; ROBERT J. NASH; GLENN R. FUNK; STACEY EDMONSON; BRENT COOPER; RAY CROUCH; HANS SCHWENDIMANN

    Defendants - Appellants Cross-Appellees


    Upon consideration of the motion of Caleb Childers to withdraw as counsel for

amici curiae KY, AK, AR, FL, GA, ID, IN, IA, KS, LA, MS, MO, NE, ND, OH, SC, TX and

WV,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                **ENTERED PURSUANT TO RULE 45(a),**
                **RULES OF THE SIXTH CIRCUIT**
                Kelly L. Stephens, Clerk

Issued: July 16, 2026